HONORABLE ROBERT J. BRYAN

Pamela M. Andrews, WSBA #14248
ANDREWS • SKINNER, P.S.
645 Elliott Avenue West, Ste 350
Seattle, WA 98119-3911
Phone: 206-223-9248
Fax:    206-623-9050
Email: Pamela.andrews@andrews-skinner.com
Attorneys for Defendant
Enhanced Recovery Company, LLC,
erroneously sued as Enhanced Recovery Corporation

FILED _____ LODGED
_____ RECEIVED
JAN 17 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA SWANSON,

            Plaintiff,

    v.

ENHANCED RECOVERY CORPORATION,

            Defendants.

NO. 11-CV-05885 RJB

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice. The parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 17 Jan 2012

HON. ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
JOINT STIPULATION AND MOTION TO DISMISS
ENTIRE ACTION WITH PREJUDICE
[11-CV-05885 RJB] - 1

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050